Heidi B. Bradley (SBN: 243403)
bradleyh@lanepowell.com
Darin M. Sands (SBN: 257363)
sandsd@lanepowell.com
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendant Noble House Hotels & Resort, Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| Kathleen Holt, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Noble House Hotels & Resort, LTD. d/b/a Noble House Hotels & Resort, LTD. LP; and Does 1 to 25, inclusive,<br><br>Defendant. | Civil No. 3:17-cv-02246-MMA-BLM<br><br>**CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Noble House Hotels & Resorts, LTD. d/b/a Noble House Hotels & Resorts, LTD. L.P. ("**Noble House**") states that it is a Texas limited partnership which is majority owned by Noble House Properties, LLC, a Delaware limited liability company ("**NHP**"). NHP is majority owned by Noble House Associates, LLC, a Delaware limited liability company ("**NHA**"). Noble House Investors, LLC, a Washington limited liability company ("**NHI**"), holds a membership interest in NHA of more than 10%. NHI has no parent

\ \ \

\ \ \

corporation, nor does any publically held corporation own 10% or more of its stock or membership interests.

DATED: November 10, 2017

LANE POWELL PC

By *s/Heidi B. Bradley*
Heidi B. Bradley
Darin M. Sands
Telephone: 206.223.7000
Facsimile: 206.223.7107
Attorneys for Defendant Noble House Hotels & Resort, Ltd.

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States and the States of Washington and California that on the 10th day of November, 2017, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

| | |
|---|---|
| Robert L. Hyde<br>bob@westcoastlitigation.com<br>Joshua Hyde<br>josh@westcoastlitigation.com<br>Hyde & Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Phone: 619-233-7770<br>Fax: 619-297-1022 | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Abbas Kazerounian<br>ak@kazlg.com<br>Kazerouni Law Group APC<br>245 Fischer Avenue<br>Costa Mesa, CA 92626<br>Phone: 800-400-6808<br>Fax: 800-520-5523 | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on the 10th day of November, 2017, at Seattle, Washington.

*s/Heidi B. Bradley*
Heidi B. Bradley