# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HOLT, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>NOBLE HOUSE HOTELS & RESORT, LTD; and DOES 1 TO 25,<br><br>Defendants. | Case No.: 17cv2246-MMA (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>[Doc. No. 29] |

On April 12, 2018, Plaintiff Kathleen Holt ("Plaintiff") filed a motion for leave to file an amended complaint. Doc. No. 29-1 ("Mtn."). On April 27, 2018, Defendant Noble House Hotels & Resort, Ltd. ("Noble House") filed a notice of non-opposition. Doc. No. 30. The Court, in its discretion, decides the matters on the papers submitted and without oral argument, pursuant to Civil Local Rule 7.1.d.1. For the following reasons, the Court **GRANTS** Plaintiff's motion for leave to amend to file an amended complaint.

## RELEVANT BACKGROUND

Plaintiff, individually and on behalf of all others similarly situated, filed this putative class action in the Superior Court of California, County of San Diego against Noble House alleging causes of action for violations of California's False Advertising

1

Law ("FAL"), California Business and Professions Code sections 17500, *et seq.*; California's Unfair Competition Law ("UCL"), California Business and Professions Code sections 17200, *et seq.*; and California's Consumers Legal Remedy Act ("CLRA"), California Business and Professions Code sections 1750, *et seq.* Doc. No. 1-3. On November 3, 2017, Noble House removed this action to this Court. Doc. No. 1. On February 6, 2018, Noble House answered Plaintiff's Complaint. Doc. No. 15. On March 8, 2018, the parties attended a telephonic Early Neutral Evaluation Conference and Case Management Conference with Judge Major, and the Court promptly issued a scheduling order thereafter. Doc. Nos. 21, 22. The Court set April 13, 2018 as the deadline to file any motion to amend the pleadings. Doc. No. 22. Plaintiff timely filed the instant motion. *See* Mtn.

## **LEGAL STANDARD**

Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may amend its complaint (i) within 21 days after serving it; (ii) within 21 days after a responsive pleading has been served; or (iii) with the opposing party's written consent or leave of court. Fed. R. Civ. P. 15(a). The United States Supreme Court has stated:

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason – such as undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'

*Foman v. Davis*, 371 U.S. 178, 182 (1962).

## **DISCUSSION**

Plaintiff seeks to amend her Complaint by adding relief for actual damages under the CLRA and "bolstering factual allegations." Mtn. at 2, 8. She contends amending her Complaint will not prejudice Noble House, was timely made in good faith, and is not futile. *Id.* at 5-7. Noble House does not oppose the motion, although it notes a concern

2

17cv2246-MMA (BLM)

regarding futility in light of the fact that the current Complaint has already survived a motion to dismiss. Doc. No. 30 at 2-3.

Upon review of the moving papers and examining the *Foman* factors, the Court finds that leave to amend is appropriate. This is Plaintiff's first request to amend, she has done so by the deadline set by the Court, and the Court finds no evidence that Plaintiff is moving to amend in bad faith or that Noble House will suffer undue prejudice by the proposed amendment. *See* Mtn.; *see also* Docket.

## CONCLUSION

Accordingly, the Court **GRANTS** Plaintiff's unopposed motion for leave to amend. Plaintiff must file a signed First Amended Complaint on or before **May 2, 2018**.

**IT IS SO ORDERED**.

Dated: April 30, 2018

Hon. Michael M. Anello
United States District Judge