

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathleen Holt, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>Noble House Hotels & Resort, LTD<br>dba Noble House Hotels & Resort, LTD, LP<br>Does 1 to 25, inclusive<br>　　　　　　　　　　Defendants | Civil Action No. 17cv2246-MMA(BLM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds that there is no genuine dispute as to any material fact and that Noble House is entitled to judgment as a matter of law as to all of Plaintiff's claims. As such, the Court denies Plaintiff's motion for partial summary judgment [Doc. No. 69] and grants Noble House's motion for summary judgment [Doc. No. 75]. This order disposes of all claims.

Date: 2/28/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
　　　　　　　　　　　R. Chapman, Deputy